### RORIE *v.* RORIE.

HILL, J. Where the charge of the court is the only alleged error com-
plained of by direct bill of exceptions, and no error is assigned on the final
judgment of the court, under the rulings in the cases of *Morris* v.
*Dougherty,* 132 Ga. 346 (63 S. E. 1114), and *Lyndon* v. *Georgia Ry.
& El. Co.,* 129 Ga. 353 (58 S. E. 1047), the writ of error will be dis-
missed. See also *Taylor* v. *Wright,* 132 Ga. 586 (64 S. E. 656).

*Writ of error dismissed. All the Justices concur.*
JUNE 13, 1912.

From Haralson superior court.

*James Beall* and *Walter Matthews,* for plaintiff.

*E. S. Griffith,* for defendant.